UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
AKJTAR KHAN

                      Plaintiff,              Index No. 12-CV-8462

       v.                                **STIPULATION EXTENDING**

MIDLAND FUNDING, LLC              **TIME TO ANSWER OR MOVE**
MIDLAND CREDIT MANAGEMENT, INC.,
PETER T. ROACH & ASSOCIATES, P.C.,
PETER T. ROACH, TIMOTHY MURTHA
RUBIN & ROTHMAN LLC
JOHN DOES #1-5

                      Defendant
-------------------------------------------------------------------

It is hereby stipulated and agreed by and between Plaintiff, Akjtar Khan, and Defendants, Peter T. Roach & Associates, P.C., Peter T. Roach, and Timothy Murtha, acting through their duly authorized counsel, that the time for Defendants Peter T. Roach & Associates, P.C., Peter T. Roach, and Timothy Murtha's to answer or otherwise respond to the Plaintiff's Complaint is hereby extended until **December 31, 2012**.

The answer is currently due December 17, 2012.

There has been no prior request for an extension of time in this action and no other scheduled deadline is affected by this request.

Defendant Peter T. Roach & Associates, P.C., Peter T. Roach, and Timothy Murtha hereby waive jurisdictional defenses, including defenses based on any claim(s) of improper service.

Dated: March 15, 2012
       New York, New York

THE LAW OFFICE OF AHMAD KESHAVARZ    ELTMAN, ELTMAN & COOPER, P.C.

By: **/S/ Ahmad Keshavarz**                  By:   /s/ Anthony S. Poulin
Ahmad Keshavarz                                    Anthony S. Poulin, Esq.
16 Court Street, 26th Floor                 20 Vesey Street, Suite 1406
Brooklyn, NY 11241-1026                  New York, NY 10007
(718)522-7900                                      (212) 660-3100

Fax: (877)496-7809-6682  
Attorneys for Plaintiff Akjtar Khan

Fax:  (212) 660-3101  
Attorneys for Defendants Peter T. Roach & Associates, P.C., Peter T. Roach, and Timothy Murtha