UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
AKJTAR KHAN

                              Plaintiff,        Case No. 12-cv-08462-RJS

      v.

MIDLAND FUNDING, LLC, MIDLAND CREDIT
MANAGEMENT, INC., PETER T. ROACH &
ASSOCIATES, P.C., PETER T. ROACH,
TIMOTHY MURTHA, RUBIN & ROTHMAN LLC
AND JOHN DOES #1-5,

                              Defendants.
------------------------------------------------------------------------

### NOTICE OF APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants PETER T. ROACH & ASSOCIATES, P.C., PETER T. ROACH, and TIMOTHY MURTHA.

Dated:  New York, New York
          January 24, 2013

                                                  ELTMAN, ELTMAN & COOPER, P.C.

                                                  By:    /s/ Pushpa L. Piyatissa
                                                       Pushpa L. Piyatissa
                                                Attorneys for the Defendants
                                                PETER T. ROACH & ASSOCIATES, P.C.,
                                                PETER T. ROACH, and TIMOTHY MURTHA
                                                140 Broadway, 26th Floor
                                                New York, NY 10005
                                                Email: ppiyatissa@eltmanlaw.com
                                                Telephone: (347) 662-2156
                                                Facsimile: (212) 660-3101