UNITED STTES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x        12 Civ. 08462 (RJS)

AKJTAR KHAN,

                Plaintiff

      -against-                              NOTICE OF APPEARANCE

RUBIN & ROTHMAN, LLC, *et al.*,

                Defendants
-------------------------------------------------------------x

    PLEASE TAKE NOTICE, that Robert L. Arleo, has been retained by and appears as Lead Counsel for the Defendant, Rubin & Rothman, LLC, in this action and that all notices and other papers therein be served on Robert L. Arleo, Esq., 380 Lexington Avenue, 17th Fl., New York 10168.

    PLEASE TAKE NOTICE that the Defendant RUBIN & ROTHMAN, LLC does not waive any jurisdictional defenses.

DATED: New York, New York
          February 19, 2013

                                            By:  / s /  *Robert L. Arleo*
                                                 ROBERT L. ARLEO, ESQ.
                                                 (RA 7506)
                                                 380 Lexington Avenue, 17th Fl.
                                                 New York, New York  10168
                                                 (212) 551-1115
                                                 Email r.arleo@verizon.net

TO:  All Counsels of record via ECF