**ROBERT L. ARLEO, ESQ.**
380 Lexington Avenue
17th Floor
New York, N.Y. 10168

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-13

Telephone: (212) 551-1115                                    Fax: (518) 751-1801
Email: r.arleo@verizon.net

February 19, 2013

Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynahan
United States Courthouse
Southern District of New York
New York, New York    10007
Via email to sullivannysdchambers@nysd.us.courts.gov

Re:  Khan v. Rubin & Rothman, LLC *et al.*
12-CV-8462

Dear District Judge Sullivan:

I am co-counsel for the Defendant named in the above-entitled action. I am corresponding in regard to the status conference ordered by Your Honor to occur on February 22, 2013 at 11:15 AM. Please be advised that I am presently in California and will not return to New York until mid-March, partly due to a serious car accident I was involved in which occurred on Monday, February 4th. Therefore, I request that Your Honor allow me to appear telephonically at the status conference.

Respectfully submitted,

/  s  /  *Robert L. Arleo*

Robert L. Arleo

RLA:gra
cc:  All counsel of record via ECF

IT IS HEREBY ORDERED THAT Counsel may appear telephonically.  Counsel should call Chambers at 212-805-0264 at the scheduled time.

SO ORDERED_____
Dated:  2/20/13                    RICHARD J. SULLIVAN
                                   U.S.D.J.