UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AKJTAR KHAN**,<br><br>    Plaintiff,<br>  vs.<br><br>**MIDLAND FUNDING, LLR, MIDLAND CREDIT MANAGEMENT, INC., PETER T. ROACH & ASSOCIATES, P.C., PETER T. ROACH, TIMOTHY MURTHA, RUBIN & ROTHMAN LLC and JOHN DOES #1-5,**<br><br>    Defendants. | CIVIL ACTION NO.<br><br>**1:12-cv-08462-RJS**<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Marshall, Dennehey, Warner, Coleman & Goggin, hereby enters an appearance as counsel for defendants, Midland Funding, LLC. and Midland Credit Management, Inc., and requests that copies of all papers, notices and other matters filed in this case be provided to the undersigned.

Dated: New York, New York
       February 21, 2013

                                    MARSHALL, DENNEHEY, WARNER,
                                    COLEMAN & GOGGIN, P.C.

                By:  _____/s/_____
                    John T. Cofresi (JC 0175)
                    Attorneys for Defendants
                    Midland Funding, LLC. and
                    Midland Credit Management, Inc.
                    88 Pine Street, 21st Floor
                    New York, New York 10005
                    (212) 376-6400