UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
**Akjtar Khan**,                                    Case No. 1:12-cv-08462-RJS

                   Plaintiff,

- against -

**Midland Funding, LLC, Midland**          AMENDED MOTION FOR
**Credit Management, Inc.,**               ADMISSION OF ANDREW M.
**Peter T. Roach & Associates, P.C.,**     SCHWARTZ *PRO HAC VICE*
**Peter T. Roach, Timothy Murtha**,
**Rubin & Rothman LLC and John**
**Does # 1-5**,
                   Defendants.
--------------------------------------------------X

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Eastern and Southern Districts of New York, I, Andrew M. Schwartz, hereby move this Court for an Order for admission to practice, to appear as counsel for Defendants Midland Funding, LLC and Midland Credit Management, Inc., in the above captioned action.

    I am in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  March 29, 2013                    Respectfully submitted,

                                       (s) Andrew M. Schwartz
                                       Andrew M. Schwartz
                                       MARSHALL DENNEHEY WARNER
                                       COLEMAN & GOGGIN
                                       2000 Market Street, Suite 2300
                                       Philadelphia, PA 19103
                                       T – 215-575-2765
                                       F- 215-575-0856
                                       Amschwartz@mdwcg.com