UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| AKJTAR KHAN | No. Civ. 1:12-cv-08462-RJS |
| Plaintiff, | STIPULATION OF DISMISSAL AS TO DEFENDANT |
| -AGAINST- | RUBIN & ROTHMAN, LLC |
| MIDLAND FUNDING, LLC, | |
| MIDLAND CREDIT MANAGEMENT, INC. | |
| PETER T. ROACH & ASSOCIATES, P.C., | |
| PETER T. ROACH | |
| TIMOTHY MURTHA | |
| RUBIN & ROTHMAN LLC | |
| JOHN DOES # 1 - 5 | |
| Defendants. | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-13

-----------------------------------------------------------------x

Plaintiff Akhtar Khan hereby voluntarily dismisses this action against Defendant Rubin & Rothman, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other. Defendant Rubin & Rothman, LLC withdraws its pending motions and requests for relief as moot.

An executed faxed copy of this Stipulation shall be deemed as a signed original.

This _____ day of _____ 2013

For the Plaintiff Akhtar Khan
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court Street, 26th Floor
Brooklyn, NY 11241

For the Defendant Rubin & Rothman, LLC
Robert Arleo
Robert L. Arleo, Esq.
380 Lexington Ave., 17th Floor
New York, NY 10004

1

Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| AKJTAR KHAN | No. Civ. 1:12-cv-08462-RJS |
| Plaintiff, | STIPULATION OF DISMISSAL AS TO DEFENDANT RUBIN & ROTHMAN, LLC |
| -AGAINST- | |
| MIDLAND FUNDING, LLC, | |
| MIDLAND CREDIT MANAGEMENT, INC. | |
| PETER T. ROACH & ASSOCIATES, P.C., | |
| PETER T. ROACH | |
| TIMOTHY MURTHA | |
| RUBIN & ROTHMAN LLC | |
| JOHN DOES # 1 - 5 | |
| Defendants. | |

-------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-1-13

Plaintiff Akjtar Khan hereby voluntarily dismisses this action against Defendant Rubin & Rothman, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other. Defendant Rubin & Rothman, LLC withdraws its pending motions and requests for relief as moot

An executed faxed copy of this Stipulation shall be deemed as a signed original

This 27 day of March, 2013

For the Plaintiff Akhtar Khan
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court Street, 26 Floor
Brooklyn, NY 11241

For the Defendant Rubin & Rothman, LLC
Robert Arlee
Robert L. Arlee, Esq.
380 Lexington Ave., 17th Floor
New York, NY 10064

1

Defendants Midland Funding, LLC and Midland Credit Management, Inc.

By: _____  Date: 3/28/13
R. David Lane
Marshall, Dennehey, Warner, Coleman & Goggin, P.C.


Defendants Peter T. Roach & Associates, P.C., Peter T. Roach and Timothy Murtha

By: _____  Date: _____
Pushpa L. Piyatissa
Eltman, Eltman & Cooper, P.C.

Defendants Midland Funding, LLC and Midland Credit Management, Inc.

By: _____    Date: _____
    R. David Lane
    Marshall, Dennehey, Warner, Coleman & Goggin, P.C.


Defendants Peter T. Roach & Associates, P.C., Peter T. Roach and Timothy Murtha

By: _____    Date: 3/28/13
    Pushpa L. Piyatissa
    Eltman, Eltman & Cooper, P.C.


**SO ORDERED:**

_____
U.S.D.J.

4/1/13