UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKJTAR KHAN,

                    Plaintiff,

-v-

MIDLAND FUNDING LLC, *et al.*,

                    Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-13
```

No. 12 Civ. 8462 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Defendants Midland Funding, LLC and Midland Credit Management, Inc., dated May 8, 2013 and submitted on behalf of all the parties, requesting that the Court extend the deadline for completing fact discovery from June 21, 2013 to July 17, 2013. Because this is the parties' first such request, and in order to give the parties' an opportunity to discuss settlement before incurring the expenses associated with depositions, IT IS HEREBY ORDERED THAT the parties shall have until July 17, 2013 to complete fact discovery and depositions. IT IS FURTHER ORDERED THAT the parties shall complete all discovery by August 19, 2013. IT IS FURTHER ORDERED THAT the post-discovery conference currently scheduled for August 19, 2013 is adjourned until Tuesday, September 3, 2013 at 10:00 a.m.

SO ORDERED.

DATED:    May 9, 2013
               New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE