UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKJTAR KHAN,

                        Plaintiff,

-v-

MIDLAND FUNDING LLC, *et al.*,

                        Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-13
```

No. 12 Civ. 8462 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN,</u> District Judge:

    The Court is in receipt of a letter, dated June 25, 2013, from Eltman, Eltman & Cooper, P.C. ("Eltman"), a non-party to this action, regarding Eltman's contemplated motion to quash Plaintiff's subpoenas for documents and a deposition. Pursuant to Federal Rule of Civil Procedure 45, IT IS HEREBY ORDERED THAT Eltman shall produce any non-privileged documents that are responsive to Plaintiff's subpoenas. *See* Fed. R. Civ. P. 45(d)(1). To the extent Eltman wishes to assert privilege over responsive documents, IT IS FURTHER ORDERED THAT it shall provide Plaintiff with a privilege log describing the nature of the withheld documents and the basis for the claim of privilege. *See* Fed. R. Civ. P. 45(d)(2). If Plaintiff then wishes to compel enforcement of the subpoena, she may move to do so. IT IS FURTHER ORDERED THAT Eltman's deadline for producing a witness to be deposed is extended until resolution of Eltman's privilege claims.

SO ORDERED.

DATED:    June 26, 2013
                  New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE